**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.                                                                                    No.  CIV 08-0760 JCH/RLP

**REINHOLD V. SOMMERSTEDT,**

    Defendant.

## ORDER

Pursuant to the Memorandum Opinion and Order granting declaratory and injunctive relief entered March 5, 2009,

**IT IS HEREBY ORDERED** that the "Affidavit of Non-corporate Status in Commerce Within the Admiralty Notice to all Public Servants, Officers Agents, Employees and Debtors or the United States," dated January 25, 2008 and filed on January 30, 2008 with the County Clerk, San Miguel County, New Mexico, Instrument Number 200800491, is hereby declared null, void, and without legal effect *ab initio*.

**IT IS FURTHER ORDERED** that the following instruments entitled "Notice of Demand for Rebuttal and Documentation" and "Petition for Agreement and Harmony Within the Admiralty, In the Nature of a Notice of Administrative Remedy," and filed on January 30, 2008, in the records of the County Clerk, **San Miguel County**, New Mexico, each naming Reinhold V. Sommerstedt, as "Libellant," and the following alleged "Libellees," are declared null, void and without legal effect *ab initio*:

| San Miguel County, N.M. Instrument No. | Libellee |
|---|---|

| | |
|---|---|
| 200800492 | **Virginia Shepherd**, IRS Trust Examiner, and all successors and assigns |
| 200800493 | **Gregory A. Brower**, and all successors and assigns |
| 200800494 | Hon. **Kevin Brown**, Commissioner, and all successors and assigns |
| 200800495 | **Craig W. Wyly**, Special Agent, and all successors and assigns |
| 200800496 | **R. Eric Kelley**, IRS Special Agent, and all successors and assigns |
| 200800497 | **Michael B. Mukasey**, and all successors and assigns |
| 200800498 | Hon. **Henry M. Paulson, Jr.**, and all successors and assigns |
| 200800499 | Hon. **Brian E. Sandoval**, Judge, and all successors and assigns |
| 200800500 | **Robert J. Metcalfe,** and all successors and assigns |
| 200800501 | Hon. **George W. Foley, Jr.**, Judge, and all successors and assigns |
| 200800502 | **Louis R. Pacho**, Group Manager, and all successors and assigns |
| 200800503 | **William R. Everett**, IRS Agent, and all successors and assigns |
| 200800504 | **Lily Daun**, IRS Agent, and all successors and assigns |
| 200800505 | Hon. **Condoleezza Rice**, and all successors and assigns |
| 200800506 | Hon. **Michael J. Astrue**, Commissioner, and all successors and assigns |

**IT IS FURTHER ORDERED** that the following instruments entitled "Notice of Fault and Opportunity to Cure, Reinhold Verne Sommerstedt, Creditor Secured Party" and "Petition for Agreement and Harmony Within the Admiralty, In the Nature of a Commercial Claim and Administrative Remedy," and filed on March 28, 2008 in the records of the County Clerk, **Sandoval County**, New Mexico, each naming Reinhold V. Sommerstedt as "Libellant," and the following alleged "Libellees," are declared null, void and without legal effect *ab initio*:

| Sandoval County, N.M. Instrument No. | Libellee |
|---|---|
| 200800624 | **Michael B. Mukasey**, and all successors and assigns |
| 200800625 | **Lily Daun**, IRS Agent, and all successors and assigns |

| | |
|---|---|
| 200800626 | Hon. **Henry M. Paulson, Jr.**, and all successors and assigns |
| 200800627 | **William R. Everett**, IRS Agent, and all successors and assigns |
| 200800628 | Hon. **Kevin Brown**, Commissioner, and all successors and assigns |
| 200800629 | Hon. **Michael J. Astrue**, Commissioner, and all successors and assigns |
| 200800630 | Hon. **Condoleezza Rice**, and all successors and assigns |
| 200800631 | Hon. **George W. Foley, Jr.**, Judge, and all successors and assigns |
| 200800632 | **Robert J. Metcalfe,** and all successors and assigns |
| 200810633 | **Gregory A. Brower**, and all successors and assigns |
| 200800634 | Hon. **Brian E. Sandoval**, Judge, and all successors and assigns |
| 200800635 | **Craig W. Wyly**, Special Agent, and all successors and assigns |
| 200800636 | **Louis R. Pacho,** Group Manager, and all successors and assigns |
| 200800637 | **R. Eric Kelley**, IRS Special Agent, and all successors and assigns |
| 200810638 | **Virginia Shepherd**, IRS Trust Examiner, and all successors and assigns |

**IT IS FURTHER ORDERED** that the following instruments entitled "Notice and Petition of Reinhold Verne Sommerstedt, California State National, Creditor and Secured Party," "Notice of Default," and "Petition for Agreement and Harmony Within the Admiralty, In the Nature of a Commercial Claim and Administrative Remedy," and filed on April 18, 2008, in the records of the County Clerk, **Taos County**, New Mexico, each naming Reinhold V. Sommerstedt as "Libellant," and the following alleged "Libellees," are declared null, void and without legal effect *ab initio*:

| Sandoval County, N.M. Instrument No. | Libellee |
|---|---|
| 000342421 | Hon. **George W. Foley, Jr.**, Judge, and all successors and assigns |
| 000342422 | **Lily Daun**, IRS Agent, and all successors and assigns |
| 000342423 | Hon. **Kevin Brown**, Commissioner, and all successors and assigns |
| 000342424 | **William R. Everett**, IRS Agent, and all successors and assigns |

| 000342425 | **R. Eric Kelley**, IRS Special Agent, and all successors and assigns |
| 000342426 | **Robert J. Metcalfe,** and all successors and assigns |
| 000342427 | **Michael B. Mukasey**, and all successors and assigns |
| 000342428 | **Louis R. Pacho,** Group Manager, and all successors and assigns |
| 000342429 | **Virginia Shepherd**, IRS Trust Examiner, and all successors and assigns |
| 000342430 | **Craig W. Wyly**, Special Agent, and all successors and assigns |
| 000342431 | Hon. **Brian E. Sandoval**, Judge, and all successors and assigns |
| 000342432 | Hon. **Michael J. Astrue**, Commissioner, and all successors and assigns |
| 000342433 | Hon. **Henry M. Paulson, Jr.**, and all successors and assigns |
| 000342434 | Hon. **Condoleezza Rice**, and all successors and assigns |
| 000342435 | **Gregory A. Brower**, and all successors and assigns |

**IT IS FURTHER ORDERED** that the following instruments entitled "Notice and Petition," "Notice of Commercial Judgment" and "Petition for Administrative Agreement in Commerce within the Admiralty, In the Nature of a Completed Notice of Commercial Claim-Administrative Remedy," and filed on May 23, 2008, in the records of the County Clerk, **Bernalillo County**, New Mexico, each naming Reinhold V. Sommerstedt as "Libellant," and the following alleged "Libellees," are declared null, void and without legal effect *ab initio*:

| Bernalillo County, N.M. Instrument No. | Libellee |
| --- | --- |
| 2008058887 | **Gregory A. Brower**, and all successors and assigns |
| 2008058888 | Hon. **Condoleezza Rice**, and all successors and assigns |
| 2008058889 | Hon. **Henry M. Paulson, Jr.**, and all successors and assigns |
| 2008058890 | Hon. **Michael J. Astrue**, Commissioner, and all successors and assigns |
| 2008058891 | Hon. **Brian E. Sandoval**, Judge, and all successors and assigns |
| 2008058892 | **Craig W. Wyly**, Special Agent, and all successors and assigns |

| 2008058893 | **Virginia Shepherd**, IRS Trust Examiner, and all successors and assigns |
| --- | --- |
| 2008058894 | **Louis R. Pacho,** Group Manager, and all successors and assigns |
| 2008058895 | **Michael B. Mukasey**, and all successors and assigns |
| 2008058896 | **Robert J. Metcalfe,** and all successors and assigns |
| 2008058897 | **R. Eric Kelley**, IRS Special Agent, and all successors and assigns |
| 2008058898 | **William R. Everett**, IRS Agent, and all successors and assigns |
| 2008058899 | **Lily Daun**, IRS Agent, and all successors and assigns **ly** |
| 2008058900 | Hon. **Kevin Brown**, Commissioner, and all successors and assigns |
| 2008058901 | Hon. **George W. Foley, Jr.**, Judge, and all successors and assigns |

**IT S FURTHER ORDERED** that any non-consensual documents or similar instruments filed by or on behalf of Reinhold V. Sommerstedt, naming Michael J. Astrue, Gregory A. Brower, Kevin Brown, Lily Daun, William R. Everett, George W. Foley, Jr., Robert J. Metcalfe, Michael B. Mukasey, Louis R. Pacho, Henry M. Paulson, Jr., Condoleezza Rice, Brian E. Sandoval, Virginia Shepherd or Craig W. Wyly, or any current or former federal employees or officers in any fashion, are null, void, and of no effect *ab initio* unless approved by a United States District Court.

**IT IS FURTHER ORDERED** that within thirty (30) days of the entry of this Order, Reinhold V. Sommerstedt must file in this action a list of all non-consensual documents that he has filed in any legal record in any state, naming Michael J. Astrue, Gregory A. Brower, Kevin Brown, Lily Daun, William R. Everett, George W. Foley, Jr., Robert J. Metcalfe, Michael B. Mukasey, Louis R. Pacho, Henry M. Paulson, Jr., Condoleezza Rice, Brian E. Sandoval, Virginia Shepherd or Craig W. Wyly, or any current or former federal employees or officers in any fashion. The disclosure must identify the current or former federal employee or officer, give the date and place of filing, describe the filing, and state any identification or instrument number. The disclosure need not include the documents specifically described by instrument number in this Order. If

Sommerstedt or his agents have not filed any such document or documents, he must file a sworn statement to that effect.

**IT IS FURTHER ORDERED** that within thirty (30) days of the entry of this Order, Reinhold V. Sommerstedt shall file a copy of this Order with the County Clerks of Bernalillo County, New Mexico, Sandoval County, New Mexico, San Miguel County, New Mexico and Taos County, New Mexico and/or any other Clerk or place of recording where the *VARIOUS DOCUMENTS* described herein, or similar instruments, may have been filed by Reinhold V. Sommerstedt.  Within sixty (60) days of the entry of this Order, Reinhold V. Sommerstedt shall provide a file-stamped copy of such filings, showing the instrument numbers and date of filing, to the attorney for the United States of America by mailing such copies to Attn: Joe Pitzinger, United States Department of Justice, Tax Division, 717 North Harwood, Suite 400, Dallas, Texas 75201.

**IT IS FURTHER ORDERED** that Reinhold V. Sommerstedt, his agents, employees, and all others in active concert or participation with him, are hereby enjoined from filing, or attempting to file, any document or instrument which purports to create or reflect any nonconsensual UCC interest, judgment, debtor-creditor relationship, libellant-libellee relationship, a lien, a security interest, or an encumbrance in or against the person or property of any current or former employee or officer of the United States, unless first approved by a United States District Court.

Entered this 29th day of April, 2009.

_____
UNITED STATES DISTRICT COURT JUDGE